**William B. GRACE, Appellant,**

v.

**UNITED STATES FIDELITY AND GUARANTY COMPANY, Respondent.**

**No. WD 51151.**

Missouri Court of Appeals, Western District.

April 9, 1996.

Robert Desselle, Independence, for appellant.

Paul Gurney, Overland Park, for respondent.

Before HANNA, P.J., FENNER, C.J., and ELLIS, JJ.

**ORDER**

PER CURIAM.

The trial court sustained respondent's motion for summary judgment. The trial court determined that the respondent's insurance policy unambiguously limited the insured's loss. A published opinion would have no precedential value. Affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Willie J. TIMMONS, Appellant.**

**Nos. WD 49796, WD 51180.**

Missouri Court of Appeals, Western District.

April 9, 1996.

Rebecca L. Kurz, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before SPINDEN, P.J., and BERREY and LAURA DENVIR STITH, JJ.

**ORDER**

PER CURIAM:

Defendant Willie J. Timmons appeals his conviction of robbery in the first degree, § 569.020, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, and the denial of his motion for post-conviction relief filed pursuant to Rule 29.15. We have reviewed the briefs of the parties and the record on appeal and find no error. Because a published opinion reciting the detailed facts and restating the applicable principles of law would have no precedential value, we affirm by this summary order under Rules 30.25(b) and 84.16(b). In addition, the parties have been furnished with a memorandum opinion, for their information only, setting forth our reasoning.

Judgment affirmed. **Rules 30.25(b) and 84.16(b).**